**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email:       mike.long.law@msn.com

Attorney for Defendant
ISAIAH MEZA

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-20-11 JAM |
| Plaintiff, | **ORDER TO FILE UNDER SEAL THE SCHOOL RECORDS OF ISAIAH MEZA** |
| vs. | |
| ISAIAH MEZA. | |
| Defendant | |

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** THAT EXHIBITS A, B, F, G AND H, THE SPECIAL EDUCATION AND PSYCHOEDUCATIONAL REPORTS OF THE SCHOOL RECORDS OF ISAIAH MEZA, SHALL BE FILED UNDER SEAL.

**IT IS SO ORDERED.**

Dated:  9/9/2020                                            /s/ John A. Mendez_____
                                                                     **JUDGE JOHN A. MENDEZ**
                                                                     **U.S. DISTRICT COURT JUDGE**