UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 22, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ISAIAH MEZA<br><br>    Defendant. | Case No. 2:20-CR-00011-JAM-5<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ISAIAH MEZA – Case No.: 2:20-CR-00011-JAM-5; Charge: 18 U.S.C. § 4 – from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

X    (Other): Defendant sentenced to a term of imprisonment of TIME SERVED; to be released from custody on 9/22/2020.

Issued at Sacramento, California on September 22, 2020 at 10:10 AM.

By: _____
John A. Mendez, U.S. District Court Judge